UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-591 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSS R. LESTER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Amended Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional 120 days for service of the Amended Summons and Amended Complaint upon defendant.

Dated: July 3, 2000

United States Magistrate-Judge

FILED JUL 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK