UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-591 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| ROSS R. LESTER, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 8th day of May, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____